Tina Wolfson, CA Bar No. 174806
twolfson@ahdootwolfson.com
Theodore Maya, CA Bar No. 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Daniel S. Robinson, CA Bar No. 244245         Daniel K. Bryson (*pro hac vice*)
drobinson@robinsonfirm.com                    Dan@wbmllp.com
Wesley K. Polischuk, CA Bar No. 254121        WHITFIELD BRYSON & MASON LLP
wpolischuk@robinsonfirm.com                   900 W. Morgan St.
ROBINSON CALCAGNIE, INC.                      Raleigh, NC 27603
19 Corporate Plaza Dr.                        Tel: 919-600-5000; Fax: 919-600-5035
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Counsel for Plaintiffs

*[additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AGANS and AUDREY DIAZ SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and Does 1-50<br><br>Defendant. | Case No. 3:17-cv-06759-WHO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES FOR DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL ARBITRATION**<br><br>Hearing Date:    March 14, 2018<br>Judge:    Hon. William H. Orrick |

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

## JOINT STIPULATION TO CONTINUE BRIEFING DEADLINES

WHEREAS Plaintiffs Steven Agans and Audrey Diaz Sanchez (collectively, "Plaintiffs") filed the complaint in the above-captioned action against Defendant Uber Technologies, Inc. ("Defendant") on November 22, 2017 ("Complaint");

WHEREAS Defendant required an additional thirty days to respond to the Complaint, to which Plaintiffs agreed, as a courtesy, and stipulated to continue Defendant's responsive pleading deadline from December 26, 2017 to January 25, 2018 (Dkt. 16);

WHEREAS Defendant filed motions to dismiss (Dkt. 26) and to compel arbitration (Dkt. 27) (collectively, "Defendants' Motions") on January 25, 2018, which are both noticed to be heard on March 14, 2018;

WHEREAS Plaintiffs filed a motion to stay this action pending their motion to consolidate and transfer this action with now fifteen other actions before the Judicial Panel on Multidistrict Litigation, which is noticed to be heard on March 7, 2018 (Dkt. 30);

WHEREAS Plaintiffs require additional time to prepare oppositions to Defendants' Motions in light of the time and resources needed to oppose two motions at once and Plaintiffs' counsel's briefing deadlines in other matters; and

WHEREAS Defendant has agreed that Plaintiffs may, as a courtesy, have an additional thirteen days to respond to Defendants' Motions, extending Plaintiffs' deadline from February 8, 2018 to February 21, 2018 and Defendant's reply deadline from February 15, 2018 to February 28, 2018, while maintaining the current hearing date of Defendants' Motions on March 14, 2018.

1

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an order that:

1.    Plaintiffs' deadline to respond to Defendants' Motions be continued from February 8, 2018 to February 21, 2018;

2.    Defendant's deadline to reply to Plaintiffs' responses to Defendants' Motions be continued from February 15, 2018 to February 28, 2018.

AHDOOT & WOLFSON, PC

Dated: February 5, 2018          By:    */s/ Tina Wolfson*
                                         Tina Wolfson

                                         Counsel for Plaintiffs Steven Agans
                                         and Aubrey Diaz Sanchez

HOGAN LOVELLS US LLP

Dated: February 5, 2018          By:    */s/ Michelle Kisloff*
                                         Michelle Kisloff
                                         555 Thirteenth Street NW
                                         Washington, DC 20004
                                         Tel: (202) 637-5600
                                         Fax: (202) 637-5910
                                         *Michelle.Kisloff@hoganslovells.com*

                                         Counsel for Defendant Uber
                                         Technologies, Inc.

2

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO

**ATTESTATION OF FILER**

I, Tina Wolfson, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  *See* Civ. L.R. 5-1(i)(3).

Dated: February 5, 2018                    By:    */s/ Tina Wolfson*
                                                      Tina Wolfson


**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: February 6, 2018                    _____
                                                      Honorable William H. Orrick
                                                      UNITED STATES DISTRICT JUDGE

---

3

STIPULATION TO CONTINUE BRIEFING DEADLINES, CASE NO. 3:17-CV-06759-WHO